IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3099 |
| vs. | ORDER |
| ROSEMARY FLORES, | |
| Defendant. | |

The defendant was sentenced on September 30, 2021. Her counsel at that time has moved out of state and no longer practices in Nebraska. She anticipates further motion practice regarding her sentence and requests appointment of counsel. The court finds the above-named defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1) Defense counsel's motion to appoint new counsel, (Filing No. 43), is granted.

2) The clerk shall forward this memorandum and order to the Federal Public Defender.

3) The Federal Public Defender shall forthwith represent the defendant or, in the alternative, provide the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

August 24, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge